UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO. 8:08-cr-405-T-30EAJ |
| : | |
| ROBERT HAND, : | |
| : | |
| Defendant. : | |
| : | |

### **FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the filing of the Motion (Dkt. #21) of the United States of America for entry of a Forfeiture Money Judgment in the amount of $13,516.00 USD, which, at sentencing, shall be a final order of forfeiture as to the defendant, Robert Hand.

The Court, being fully advised in the premises, hereby finds that the government has established that the defendant obtained $13,516.00 in proceeds as a result of his theft of government funds, in violation of 18 U.S.C. § 641, to which the defendant pled guilty in Count One of the Indictment. Accordingly, it hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that for good cause shown, the motion (Dkt. #21) of the United States is GRANTED.

It is further **ORDERED** that defendant Robert Hand is personally liable, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. §2461(c), and Rule 32.2(b)(2), for a forfeiture money judgment in the amount of $13,516.00.

It is further ORDERED that the United States may seek forfeiture of any of the defendant's property up to the value of the $13,516.00 money judgment as substitute assets in satisfaction of this judgment, pursuant to the provisions of 21 U.S.C. § 853(p) and Fed. R. Crim. P. Rule 32.2(e).

The Court shall retain jurisdiction to enter any orders necessary for the forfeiture and disposition of any substitute assets, pursuant to 21 U.S.C. § 853(p) and Fed. R. Crim. P. Rule 32.2(e), up to the amount of such money judgment, and to entertain any third party claims that may be asserted in those proceedings.

DONE and ORDERED in Tampa, Florida on February 4, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cr-405.fmj 21.wpd